# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| **v.** | \* |
| | \*   CRIMINAL NO.   08-00267-CG |
| | \* |
| **BRENT PAUL GRUBBS,** | \* |
| | \* |
| **Defendant** | \* |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the following asset is dismissed from the Final Judgment of Forfeiture (Doc. 34) in this cause against **BRENT PAUL GRUBBS**:

(1) Eight Thousand four hundred eighty-two dollars ($8,482.00) in United States currency seized from the defendant on January 20, 2008.

**DONE** and **ORDERED** this 9th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE